KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7200
Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. 3-05-70688 BZ |
|---|---|---|
| Plaintiff, | ) | MOTION AND [PROPOSED] ORDER TO DISMISS CRIMINAL COMPLAINT |
| v. | ) | |
| BARRY D. MARSH, | ) | |
| Defendant. | ) | |

The United States of America, by and through its undersigned counsel, hereby requests that this Court dismiss the Complaint in the above-captioned case without prejudice. This request is made in the interests of justice.

DATED: September 6, 2005

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____/s/_____
ROBERT DAVID REES
Assistant United States Attorney

1    IT IS SO ORDERED that the complaint in the above-caption matter be dismissed without

2    prejudice.

3

4    DATED: September 7, 2005

HON. JOSEPH SPERO
United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28